# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 14, 2020

## NO. 03-19-00565-CV

**Danny Morman and Janie Morman, Appellants**

**v.**

**Geomatics Surveying and Mapping, Inc., and Jeffrey Curci, Appellees**

**APPEAL FROM 421ST DISTRICT COURT OF CALDWELL COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the interlocutory order signed by the trial court on July 19, 2019. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.